IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARMELITO QUINTANA,

    Plaintiff,

v.                                                                       No. 22-cv-00889-KWR-KK

BOARD OF COUNTY
COMMISSIONERS,

    Defendant.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* in connection with Carmelito Quintana's Civil Complaint, filed in the Second Judicial District Court, Bernalillo County, New Mexico on October 13, 2022, and removed to this Court by Defendant on November 22, 202. (Docs. 1, 1-1) (the "Complaint").

Quintana filed the Complaint while he was incarcerated at the Bernalillo County Metropolitan Detention Center in Albuquerque, New Mexico ("MDC"). The MDC website shows that Quintana is no longer in custody, but he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* https://gtlinterface.bernco.gov/custodylist/ (last visited July 27, 2023).

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Quintana shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed.  The failure to timely comply will result in dismissal without further notice.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE